IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DINAH ABBOTT,

          Plaintiff,

v.

DEPARTMENT OF STATE POLICE, *et al.*

          Defendants.

Civil Action No. 3:07–CV–406

## **ORDER**

THIS MATTER is before the Court on a Motion to Dismiss filed by Defendants, Docket Entry No. 4. Upon due consideration and for the reasons stated in the accompanying Memorandum Order, the Motion is GRANTED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                                       /s/
                                        James R. Spencer
                                        Chief United States District Judge

ENTERED this __4th__ day of September 2007